UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: | ) | Case No: 09-45434-659 |
|---|---|---|
| | ) | |
| BENNETTA DORIS SMITH | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S RESPONSE TO MOTION TO ORDER CAPITAL ONE TO RELEASE LIEN AND SURRENDER TITLE OF MOTOR VEHICLE

Comes now John V. LaBarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and states as follows:

The Trustee does not oppose the relief requested in Debtor's Motion, but notes that the certificate of service fails to list the address at which the affected creditor was served, as required by Local Rule 9004-D-2.

Dated: September 06, 2013
RSPGEN--DSD

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of September 06, 2013.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

BENNETTA DORIS SMITH
1580 ST DENIS ST
FLORISSANT, MO 63033

METRO LAW FIRM LLC
2320 CHAMBERS RD
ST LOUIS, MO 63136

Capital One
PO Box 201347
Arlington TX 76006